

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2015

No. 04-15-00174-CV

**EX PARTE JUAN JOSE GARCIA**,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,044
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellee Juan Jose Garcia was initially represented by counsel in this appeal, but he is now representing himself. Appellee's brief was due to be filed with this court on October 12, 2015. *See* TEX. R. APP. P. 38.6(b). To date, no Appellee's brief or a motion for extension of time has been filed. The correspondence sent to the address on file for Appellee has been returned, and despite repeated attempts, this court has not been able to determine an up-to-date address for Appellee.

If Appellee wishes to file a brief in this appeal, Appellee is hereby ORDERED to file within TEN DAYS of the date of this order (1) Appellee's brief, and (2) a reasonable explanation for failing to timely file the brief. *See id.* R. 38.6(d). If Appellee wishes the response to serve as a motion for extension of time, the response must comply with Rule 10.5(b)(1) of the Texas Rules of Appellate Procedure and the Fourth Court of Appeals' local rules. *See id.* R. 10.5(b)(1); 4TH TEX. APP. (SAN ANTONIO) LOC. RS., *available at* http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx.

If Appellee fails to file an adequate response within TEN DAYS of the date of this order, the appeal will be set for submission without Appellee's brief. *See Jackson v. Tex. Bd. of Pardons & Paroles*, No. 01-03-00862-CV, 2008 WL 921035, at *1 n.2 (Tex. App.—Houston [1st Dist.] Apr. 3, 2008, no pet.) (mem. op.) ("'In a civil case, the court will accept as true the facts stated [in Appellant's brief] unless another party contradicts them.'" (alteration in original) (quoting TEX. R. APP. P. 38.1(g))).

_____

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2015.



_____

Keith E. Hottle
Clerk of Court